1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JAN 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:13-SW-604 AC
12 |                    Plaintiff,           |
13 |            v.                           | [PROPOSED] ORDER TO UNSEAL SEARCH
                                              WARRANT AND SEARCH WARRANT
14 | 17900 Construction Way, Suite D, Redding, CA | AFFIDAVIT
15
16

17     The government's request to unseal the Search Warrant and this case is GRANTED.

18

19  Dated: 1-15-2014

20                                          _____
                                            HON. EDMUND F. BRENNAN
21                                          U.S. Magistrate Judge

22

23

24

25

26

27

28